AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEE REPORTS

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | District Court, Central District of California | May 4, 2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge, Active | Nomination Date<br>___ Initial ___X___ Annual ___ Final | January 1, 2008 to December 31, 2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Ronald Reagan Federal Building and US Courthouse 411 W. 4th Street Santa Ana, CA 92701 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Trustee | Trust No. 2 |
| 2 Custodian; Custodian | Custodian of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 5, and SSD 1 through 3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 3 2008 | O'Melveny & Myers LLP–retirement pension | $ 101,220 |
| 4 2008 | ████████ Trust for the Benefit of James V. Selna–life income beneficiary of trust | $ 19,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Selna, James V. | May 4, 2009 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|

☒ **NONE** (No such reportable reimbursements.)

2 _____  _____

3 _____  _____

4 _____  _____

5 _____  _____

6 _____  _____

7 _____  _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | **NONE** (No such reportable gifts.) | | |
| 2 | _____ | _____ | $ _____ |
| 3 | _____ | _____ | $ _____ |
| 4 | _____ | _____ | $ _____ |
| | | | $ _____ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | **NONE** (No reportable liabilities.) | | |
| 2 | _____ | _____ | _____ |
| 3 | _____ | _____ | _____ |
| 4 | _____ | _____ | _____ |
| 5 | _____ | _____ | _____ |
| 6 | _____ | _____ | _____ |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1 D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transact ons *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Cod el (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transact ons *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable i come, | | | | | | | | | |
| 1  Real Property: | | | | | | | | | |
| 2  Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3  Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| | | | | | | | | | |
| Held in Account 1: | | | | | | | | | |
| 4  AT& T Corp common | D | Div. | M | T | | | | | |
| Time Warner Inc | A | Div. | L | T | | | | | |
| Comcast Corp. class A common | A | Div. | J | T | | | | | |
| 5  Corning common | A | Div. | J | T | | | | | |

1. Income/Gain Codes: (See Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (2) Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | General Electric common | C | Div. | L | T | | | | | |
| 6 | Este Lauder Co. common | A | Div. | J | T | | | | | |
| | Liberty Media Interactive (LINTA) | None | | J | T | | | | | |
| | Liberty Media Hldg. (LCAPA) | None | | J | T | Spin of LMDIA | 3/4 | J | A | |
| | Liberty Media Corp. Cl. A (LMDIA) | None | | J | T | Spin from LCAPA | 3/4 | J | | |
| | Discovery Holdings Series A (DISCA) | None | | J | T | | | | | |
| | Liberty Global Class A (LBTYA) | None | | J | T | | | | | |
| | Liberty Global Series C (LBTYK) | None | | J | T | | | | | |
| | Limited Brands common | A | Div. | J | T | | | | | |
| 7 | McKesson Corp. common | A | Div. | K | T | | | | | |
| 8 | Microsoft common | A | Div. | K | T | | | | | |
| 9 | Newell Rubbermaid common | A | Div. | J | T | | | | | |
| 10 | Pepsico Inc. common | A | Div. | J | T | | | | | |
| | Tyson Foods Inc. common | A | Div. | K | T | | | | | |
| 11 | Walmart common | A | Div. | L | T | | | | | |
| 12 | Watson Pharmaceuticals common | None | | K | T | | | | | |
| 13 | Washington Mutual common | A | Div. | J | T | Partial Sale | 12/29 | J | A | |
| 14 | Xcel Energy Inc. common | C | Div. | L | T | | | | | |
| 15 | Charles Schwab Muni Money Fund | C | Div. | L | T | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Supervalu Inc. common | A | Div. | J | T | | | | | |
| Bed Bath & Beyond common | None | | K | T | | | | | |
| Southwest Airlines common | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| Held in Account 2: | | | | | | | | | |
| 16 Northern Trust Municipal Money Market Fund | A | Int. | L | T | | | | | |
| | | | | | | | | | |
| Held in Account 3: | | | | | | | | | |
| Time Warner fka AOL Time Warner | A | Div. | J | T | | | | | |
| 17 Sun Microsystems common | None | | J | T | | | | | |
| 18 Charles Schwab Money Market | A | Div. | J | T | | | | | |
| Intel Corp. common | A | Div. | J | T | | | | | |
| Ford Motor common | None | | J | T | | | | | |
| Advanced Micro Devices common | None | | J | T | Buy | 3/20 | J | | |
| | | | | | | | | | |
| Held in Account 4: | | | | | | | | | |
| 19 Citigroup common | A | Div. | J | T | | | | | |
| 20 Duke Energy common | A | Div. | J | T | | | | | |
| Spectra Energy Corp. | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 53 Schwab S & P 500 Investors Funds | A | Div. | J | T | | | | | |
| 54 Charles Schwab Money Market | A | Div. | K | T | | | | | |
| Alaska Air Group common | None | | J | T | Buy | 1/3 | J | | |
| Bank of America | A | Div. | J | T | Buy | 1/3 | J | | |
| | | | | | | | | | |
| Held in Account 5: | | | | | | | | | |
| 56 AT & T Corp. common | C | Div. | L | T | | | | | |
| Comcast Corp. common | A | Div. | J | T | | | | | |
| Supervalu Inc. | A | Div. | J | T | | | | | |
| Time Warner Inc. | A | Div. | J | T | | | | | |
| 69 Cisco Systems common | None | | K | T | | | | | |
| Conagra Foods common | B | Div. | K | T | | | | | |
| Coupon Treas Rcpt 02/15/08 | None | | L | T | Matured | 2/15 | M | F | |
| GNMA PL #422670 | A | Interest | J | T | | | | | |
| | A | Principal | | | | | | | |
| Dell Computer common | None | | K | T | | | | | |
| Ford Motor Co. common | None | | J | T | | | | | |
| Hewlett-Packard common | A | Div. | L | T | | | | | |
| Jones Apparel Group | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Liberty Media Class A Common | None | | J | T | | | | | |
| Liberty Media Hldg (LINTA) | None | | J | T | | | | | |
| Liberty Media Hldg (LCAPA) | None | | J | T | Spin of LMDIA | 3/4 | J | A | |
| Liberty Media Corp. Cl. A (LMDIA) | None | | J | T | Spin from LCAPA | 3/4 | J | | |
| Liberty Global Inc. Cl. A (LBTYA) | None | | J | T | | | | | |
| Liberty Global Inc. Cl. C (LBTYK) | None | | J | T | | | | | |
| Discovery Holdings Ser. A (DISCA) | None | | J | T | | | | | |
| Alcatel Lucent | None | | J | T | | | | | |
| Mattel Inc. common | A | Div. | J | T | | | | | |
| Micron Technology common | None | | J | T | | | | | |
| Microsoft common | A | Div. | K | T | | | | | |
| Oracle common | None | | L | T | | | | | |
| Sempra Energy common | B | Div. | K | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Thermo Fisher common | None | | J | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| Symantec Corp. | None | | J | T | | | | | |
| Viacom Class B New | None | | J | T | | | | | |
| CBS Corp. Class B | A | Div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## DISCLOSURE REPORT

Name

| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Waste Management common | B | Div. | K | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | E | Div. | N | T | | | | | |
| Washington Mutual common | A | Div. | J | T | | | | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| Intel Corp. | B | Div. | L | T | | | | | |
| Wal-Mart Stores Inc. | A | Div. | L | T | | | | | |
| Apache Corporation | A | Div. | L | T | | | | | |
| Home Depot common | B | Div. | K | T | | | | | |
| General Electric common | None | | K | T | Buy | 10/30 | K | | |
| Boeing common | A | Div. | K | T | Buy | 10/28 | K | | |
| Rockwell Collins common | A | Div. | K | T | Buy | 10/28 | K | | |
| Held in Account 7: | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Held as Custodian: | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H)of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 2 | | | | | | | | | |
| Schwab Value Advantage Fund | B | Div | K | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |
| Los Angeles, CA bond 3/1/15 | B | Int. | L | T | | | | | |
| GNMA PL #569964 | A | Int. | J | T | | | | | |
| | B | Principal | | | | | | | |
| National Grid PLC | A | Div. | J | T | | | | | |
| Nicor Inc. common | C | Div. | L | T | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| BRE Properties Inc | A | Div./Cap. Distr. | J | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| Washington Mutual common | A | Div. | J | T | | | | | |
| Bank of America Corp. | C | Div. | K | T | | | | | |
| AT & T New | D | Div. | M | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | None | | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | A | Distr. | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | None | | J | U | | | | | |
| | | | | | | | | | |
| Bank Accounts: | | | | | | | | | |
| Bank of America | None | | K | T | | | | | |
| Beal Bank, Acct. 1 | C | Int. | M | T | | | | | |
| Beal Bank, Acct. 2 | C | Int. | M | T | Redeemed | 10/10 | M | A | |
| Capital Source fka Fremont Inv. & Loan, Acct. 1 | C | Int. | M | T | Redeemed | 8/29 | M | A | |
| Capital Source fka Fremont Inv. & Loan, Acct. 2 | C | Int. | M | T | Redeemed | 9/2 | M | A | |
| Indymac Bank FSB | D | Int. | M | T | | | | | |
| Wachovia Bank Acct. 1 | A | Int. | J | T | Opened | 9/5 | J | | |
| Wachovia Bank Acct. 2 | B | Int. | M | T | CD Purch. | 9/5 | M | | |
| Wachovia Bank Acct. 3 | A | Int. | M | T | CD Purch. | 9/19 | M | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt Code1 (A-H) | (2) Type (e.g. div." rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Wachovia Bank Acct. 4 | B | Int. | M | T | CD Purch. | 10/11 | M | | |
| | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part I, Line 2 lists the following custodianships: Custodian of Accounts JSL 1 through 3, BCS 1 through 5, and SSD 1 through 3. The custodian accounts hold common stock, but the holdings in each account are below the reporting level.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certif̶ ̶ ̶ ̶ ̶ ̶ ̶d honoraria and the acceptance of gifts which have been reported are in compliance with the ̶ ̶ ̶.C. § 7353 and Judicial Conference regulations.

Signature _____   Date __J. 4. 09_____

NOTE: ANY IN█████████████████LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CI█████████████████. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544